# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 14-1181 | September Term, 2015 |
| | NLRB-21CA079406 |
| | NLRB-21CA083150 |
| | NLRB-21CA089959 |
| | **Filed On:** January 15, 2016 |

UNF West, Inc.,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 14-1224

    **BEFORE:**    Henderson and Griffith, Circuit Judges; and Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of respondent's motion to strike portions of the Company's brief, the opposition thereto, and the reply; and respondent's motion to strike portions of the joint appendix, it is

**ORDERED** that the motions be denied.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
       Ken Meadows
       Deputy Clerk